WILLIAM G. SOLOMON, Appellant, *v.* BROOKLYN CORNELL UTILITIES, INC., et al., Respondents.

Argued June 14, 1943; decided July 20, 1943.

*Paul O'Dwyer* for appellant.

*James J. McLoughlin* and *Thomas F. Harrigan* for Estate of Josiah T. Smith, Inc., respondent.

*Francis X. McHugh* for Brooklyn Cornell Utilities, Inc., respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.